

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2015

No. 04-14-00508-CV

Rudy **MENDEZ**,
Appellant

v.

**CITY OF SAN ANTONIO BUILDING STANDARDS BOARD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08659
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

On December 4, 2014, the trial court signed an order granting the contests to appellant's affidavit of indigence. On January 21, 2015, the trial court filed a supplemental clerk's record containing a copy of the trial court's order and a copy of the contest filed by appellee, the City of San Antonio. The trial court's order indicates contests were also filed by the Bexar County District Clerk, and Judy Stewart the official reporter of the 45th District Court. However, the supplemental clerk's record does not contain a copy of those contests.

On February 9, 2015, appellant filed a letter that we construed as an appeal from the trial court's order granting the contests. As a result, on February 12, 2015, we ordered the clerk of the trial court and Ms. Stewart to file—no later than March 4, 2015—the appropriate supplemental clerk's record and the reporter's record from the contest hearing that occurred on or about December 4, 2014.

On February 17, 2015, the Bexar County District Clerk, Ms. Stewart, and all other court officials and court reporters having an interest in the costs accruing in this suit filed a motion with this court asking us to consider as timely-filed their contest that was "inadvertently filed in the Fourth Court of Appeals." In the motion, counsel for the contestants stated the contest was accidently filed with this court on November 18, 2014, instead of with the trial court. Because it is apparent from the trial court's order granting the contests that all parties were before the court and the trial court considered the contestants' objections to appellant's affidavit of indigence, we GRANT the motion.

The clerk of the trial court and Ms. Stewart are reminded that, pursuant to the February 12, 2015 order of this court, a supplemental clerk's record and a reporter's record from the hearing that occurred on or about December 4, 2014 are due March 4, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2015.

Keith E. Hottle
Clerk of Court